IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00161-LTB

ROBIN DILGER,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
COLORADO DEPARTMENT OF CORRECTIONS TIME COMPUTATION AND
    RELEASE, and
PAROLE OFFICER SERGIO MARIANI,

    Defendants.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 25, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 25 day of March, 2015.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. Thomas
                      Deputy Clerk